585 A.2d 385

IN THE MATTER OF SUPREME COURT ADVISORY
COMMITTEE ON PROFESSIONAL ETHICS
OPINION NO. 635.

October 2, 1990.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 635, entitled *Use of Authorization to Endorse Forms in Personal Injury Matters*, is granted.

585 A.2d 386

IN THE MATTER OF SUPREME COURT ADVISORY
COMMITTEE ON PROFESSIONAL ETHICS
OPINION NO. 635.

October 2, 1990.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 635, entitled *Use of Authorization to Endorse Forms in Personal Injury Matters*, is granted.

585 A.2d 386

STATE OF NEW JERSEY v. ROBERT M. BELL.

October 10, 1990.

Petition for certification denied.

585 A.2d 386

STATE OF NEW JERSEY v. ROBERT LEE CUTLER.

October 10, 1990.

Petition for certification denied.